AA
11/30/2021

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

SEALED
OCDETF

**BROWNSVILLE DIVISION**
FILE: 2021R01289

**CRIMINAL DOCKET**          NO. **B-21-184-S4**

Fourth Superseding Filed: **MARCH 5, 2024**
Third Superseding Filed: **OCTOBER 3, 2023**
Second Superseding Filed: **DECEMBER 22, 2022**
Superseding Filed: **DECEMBER 7, 2021**

INDICTMENT                  Filed: **MARCH 2, 2021**   Judge: **FERNANDO RODRIGUEZ, JR.**
COUNTY:  KENEDY

                                                                          ATTORNEYS:

UNITED STATES OF AMERICA                                    ALAMDAR S. HAMDANI, USA

vs.                                                                      K. ALEJANDRA ANDRADE, AUSA

DAVID GOMEZ-RAMOS (YOB: 1968)  Mexico (Cts.1-4)
GREGORIO SALINAS  (YOB: 1971)  USC  (Cts.1-3)
FRANCISCO JAVIER ALANIS MARTINEZ  (YOB: 1982)   (Cts.1-3)
GERARDO ALANIS MARTINEZ  (YOB: 1992)   (Cts. 1-3)   **(WARRANT)**

**CHARGE:**  Ct. 1: Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine;
Total             21 USC 846, 841(a)(1), and 841(b)(1)(A)
Counts       Ct. 2: Possession with intent to distribute more than 5 kilograms, that is approx.
( 4 )              26.36 kilograms of cocaine;
                     21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
                Ct. 3: Possession with intent to distribute more than 5 kilograms, that is approx.
                     13.62 kilograms  of cocaine;
                     21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
                Ct. 4: Possession with intent to distribute more than 5 kilograms, that is approx.
                     22 kilograms of cocaine;
                     21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
                                    NOTICE OF FORFEITURE

**PENALTY:** Cts. 1 - 4: 10 years to life and/or fine not to exceed $10,000,000, plus supervised release term of at least 5 years up to life as to each ct.

In Jail:  X
On Bond:
No Arrest: X
HSI:  Florencio Vega

**P R O C E E D I N G S:**