UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:21-CR-184-7 |
| | § | |
| FRANCISCO JAVIER ALANIS MARTINEZ | § | |

## **ORDER**

The Court has considered Defendant Francisco Javier Alanis Martinez's Unopposed Motion for Continuance (Doc. 489) and finds that good cause exists for the requested relief. As a result, it is:

**ORDERED** that Defendant Francisco Javier Alanis Martinez's Unopposed Motion for Continuance (Doc. 489) is **GRANTED**; and

**ORDERED** that this case is continued for sentencing from January 14, 2025, to **April 15, 2025** at **8:30 a.m**.

SIGNED on January 6, 2025

_____
Fernando Rodriguez, Jr
United States District Judge